IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUIS E. MARTINEZ,
    Petitioner,

vs.                                    Case No.: 3:07cv68/MCR/EMT

SCOTT FISHER,
    Respondent.
_____/

## **ORDER**

       This cause is before the court on Petitioner's "Notice of Objection" (Doc. 13), which the court will construe as a motion for reconsideration of this court's order granting Respondent an extension of time to file an answer to the habeas petition (*see* Doc. 10).

       Petitioner has failed to show that the order was clearly erroneous or contrary to law; therefore, the motion for reconsideration shall be denied. Petitioner is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

       Accordingly, it is **ORDERED**:

       Petitioner's "Notice of Objection," construed as a motion for reconsideration (Doc. 13), is **DENIED**.

       **DONE AND ORDERED** this 10th day of May 2007.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**