**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LUIS E. MARTINEZ,

    Petitioner,

vs.                                       Case No. 3:07cv68/MCR/EMT

SCOTT FISHER, WARDEN,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 19, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED with prejudice**.

    **DONE AND ORDERED** this 29th day of June, 2007.

                                             *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**